# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA MONTES, *individually, and on behalf of other similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01485-SAB<br><br>ORDER RE: STIPULATION FOR DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>(ECF No. 6) |

Before the Court is the parties' stipulation to extend the time in which Defendants may file their answer or otherwise respond to the complaint. For good cause shown, the Court approves the stipulation and hereby ORDERS that Defendants shall have through January 9, 2025, to file an answer or otherwise respond to the complaint.[1]

IT IS SO ORDERED.

Dated:  __December 10, 2024__

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court notes that the parties seek an initial extension of 28 days, which does not require approval by the Court. See L.R. 144(a). However, in order to avoid any confusion, the Court issues this order.