# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA MONTES, *individually, and on behalf of other similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01485-SAB<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO OPERATIVE COMPLAINT<br><br>(ECF No. 9) |

Before the Court is the parties' stipulation to extend the time in which Defendants may file a motion to compel in response to the operative complaint. For good cause shown, the Court approves the stipulation and ORDERS:

1. Defendants shall have through February 3, 2025, to file their motion to compel arbitration on Plaintiff's Complaint. However, should Plaintiff file a first amended complaint ("FAC"), then Defendants shall have twenty-one (21) days following the filing of Plaintiff's FAC to file their motion to compel; and

///
///
///
///
///

2. Defendants' deadline to answer, move pursuant to Rule 12(b), or otherwise plead in response to Plaintiff's operative complaint is continued until twenty-one (21) days after the Court enters an Order deciding the motion to compel arbitration, should such a response be required.

IT IS SO ORDERED.

Dated:     **January 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge