# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA MONTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPSTONE LOGISTICS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-01485-SAB<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(ECF No. 14)<br><br>**FEBRUARY 10, 2025 DEADLINE** |

On February 3, 2025, the parties filed a stipulation to extend the time in which Defendants may file a motion to compel arbitration in response to Plaintiff's first amended complaint, which was filed on January 13, 2025, or, alternatively, what the Court construes as a stipulation to allow Plaintiff to file a second amended complaint. The parties proffer that they have engaged in further discussions to allow Plaintiff to file a second amended complaint. The parties therefore stipulate that (1) Defendants shall be allowed to file a motion to compel arbitration on the current first amended complaint no later than February 10, 2025, or (2) that Plaintiff be allowed to file a second amended complaint by February 10, 2025. If Plaintiff files a second amended complaint, the parties agree Defendants shall file their motion to compel arbitration within fourteen days after service of Plaintiff's second amended complaint.

While the Court appreciates the parties' stipulation regarding Defendants' request for a further extension of time after the Court enters an order deciding a future motion to compel

arbitration, the Court shall deny the request without prejudice. Because no motion to compel arbitration has been filed, nonetheless decided, the Court finds setting deadlines for a response at this time is premature.

For good cause shown, the Court approves the stipulation IN PART and ORDERS that:

1. Defendants shall have **through February 10, 2025**, to file their motion to compel arbitration.  However, should Plaintiff instead file a second amended complaint **no later than February 10, 2025**, then Defendants shall have **fourteen (14) days** following the filing of Plaintiff's second amended complaint to file their motion to compel arbitration; and

2. The parties' request for an extension of time for Defendants to file an answer, move pursuant to Rule 12(b), or otherwise plead in response to Plaintiff's operative complaint until twenty-one (21) days after the Court enters an order deciding the to-be-filed motion to compel arbitration is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **February 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge