# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA MONTES,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CAPSTONE LOGISTICS, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01485-SAB<br><br>ORDER GRANTING JENNIFER A. RILEY'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 17) |

The Court has read and considered the application of Jennifer A. Riley, attorney for Defendant Capstone Logistics, LLC, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Jennifer A. Riley's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **February 7, 2025**

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1