1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA MONTES, | Case No. 1:24-cv-01485-SAB |
| Plaintiffs, | ORDER GRANTING GERALD L. MAATMAN JR.'S *PRO HAC VICE* APPLICATION |
| v. | |
| CAPSTONE LOGISTICS, LLC, et al., | (ECF No. 16) |
| Defendants. | |

10
11
12
13
14
15

16    The Court has read and considered the application of Gerald L. Maatman, Jr., attorney for

17  Defendant Capstone Logistics, LLC, for admission to practice *pro hac vice* under the provisions

18  of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this

19  District.  Having reviewed the application, Gerald L. Maatman, Jr.'s application for admission to

20  practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to

21  request filing access through PACER.

22

IT IS SO ORDERED.

23

Dated:   **February 7, 2025**

24                                                                _____

25                                                                STANLEY A. BOONE
                                                                  United States Magistrate Judge
26
27
28

1