# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA MONTES, *individually, and on behalf of other similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01485-SAB<br><br>ORDER VACATING MARCH 19, 2025 HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS COMPLAINT |

On February 10, 2025, Defendants filed a motion to compel arbitration and dismiss the complaint with a hearing set for March 19, 2025. (ECF No. 21.) Plaintiff's opposition to the motion was due on February 24, 2025; however, to date, Plaintiff has not filed an opposition. A party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c). The matter is taken under submission and shall be decided on the papers.

Accordingly, IT IS HEREBY ORDERED that the hearing set for March 19, 2025, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **February 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge